38 A.3d 603

IN THE MATTER OF LARRY L. LEIFER, AN ATTORNEY
AT LAW (ATTORNEY NO. 254871969).

March 22, 2012.

## ORDER

This matter having been opened to the Court by the Office of Attorney Ethics and **LARRY L. LEIFER** of **LIVINGSTON,** who was admitted to the bar of this State in 1969, consenting to the transfer of **LARRY L. LEIFER** to disability inactive status pursuant to *Rule* 1:20–12;

And the Office of Attorney Ethics and Larry Leifer having agreed that **LARRY L. LEIFER** lacks the capacity to engage in the practice of law and that he should be transferred to disability inactive status in accordance with *Rule* 1:20–12;

And good cause appearing;

It is ORDERED that **LARRY L. LEIFER,** is hereby transferred to disability inactive status, effective immediately, and until the is further of the Court; and it is further

ORDERED that **LARRY L. LEIFER** is hereby restrained from practicing law during the period that he remains on disability inactive status; and it is further

ORDERED that **LARRY L. LEIFER** comply will *Rule* 1:20–20 governing incapacitated attorneys.